# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUN 18 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Wesley Eathen Carlos ) | Case No. 1:12-CR-00310-AWI-BAM-10 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Wesley Eathen Carlos____ , have discussed with _____Dan Stark_____ , Pretrial Services Officer, modifications of my release conditions as follows:

To replace the home detention component of the location monitoring program with the curfew component of the location monitoring program; the defendant's curfew shall be from 9:00 pm to 5:00 am as directed by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____     6/14/13
Signature of Defendant          Date

_____     06/14/2013
Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____     6/17/2013
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     6-14-13
Signature of Defense Counsel    Date

**ORDER OF THE COURT**

☑ The above modification of conditions of release is ordered, to be effective on June 18, 2013
☐ The above modification of conditions of release is not ordered.

_____     June 18, 2013
Signature of Judicial Officer   Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services