# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| United States of America | ) | |
| vs. | ) | Case No. 1:12-CR-00310-AWI-BAM-10 |
| Wesley Carlos | ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Wesley Carlos_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant on the location monitoring program (curfew component).

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Wesley Carlos_    2-20-14            _[signature]_           02/20/2014
Signature of Defendant   Date          Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                          2/20/14
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                          2-20-14
Signature of Defense Counsel           Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on Feb. 20, 2014
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                          2/20/14
Signature of Judicial Officer          Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services