# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



|  |  |
|---|---|
| **United States of America** <br> vs. <br> **Wesley Carlos** | Case No. 1:12-CR-00310-AWI-BAM |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Wesley Carlos_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant in the third party custody of Emelyne Carlos.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/18/14          _____  09/18/2014
Signature of Defendant       Date              Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                          10/6/2014
Signature of Assistant United States Attorney        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                          9-30-14
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on       10/7/14
[ ] The above modification of conditions of release is *not* ordered.

_____                          10/7/14
Signature of Judicial Officer                    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services